MICHAEL A. CRAGE, Appellant, *v.* CITY OF BUFFALO, Respondent.

Argued January 11, 1937; decided January 26, 1937.

*Frank A. Miceli* for appellant.

*Gregory U. Harmon, Corporation Counsel (Bart J. Shanahan* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: FINCH, J.